IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **JOZEF TRACZYK**, | ) | **Plaintiff Demands** |
| | ) | **Trial by Jury** |
| Plaintiff, | ) | |
| | ) | Case No.  18-cv-478 |
| vs. | ) | |
| | ) | Judge |
| **MAURA BIELINSKI**, | ) | |
| | ) | Magistrate |
| Defendant. | ) | |

## COMPLAINT AT LAW

Now comes the Plaintiff, **JOZEF TRACZYK**, by and through his attorneys, **FAKLIS, TALLIS & MEAD, P.C.** and complaining of the Defendant, **MAURA BIELINSKI**, Plaintiff states as follows:

1. This is a civil action seeking damages against the Defendant, **MAURA BIELINSKI**, for personal injuries.  The Court has jurisdiction of this action under *28 United States Code Section 1332*.

2. The Plaintiff, **JOZEF TRACZYK**, is a citizen of State of Illinois.

3. The Defendant, **MAURA BIELINSKI**, is a citizen of State of Wisconsin.

4. The matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy Five Thousand Dollars ($75,000.00).

5. That on June 16, 2016, Highway KF was a public highway running in a general northerly and southerly direction and Lindsay Road was a public road running in a general easterly and westerly direction at Highway KF, in the City of Pewaukee, County of Waukesha, and State of Wisconsin.

1

6. That on June 16, 2016, the Defendant, **MAURA BIELINSKI**, operated, managed, maintained and controlled a motor vehicle in a westerly direction on Lindsay Road at Highway KF, in the City of Pewaukee, County of Waukesha, and State of Wisconsin.

7. That on June 16, 2016, the Plaintiff, **JOZEF TRACZYK**, was a passenger in a motor vehicle being operated by Jaroslaw Wojciak, in a northerly direction on Highway KF, in the City of Pewaukee, County of Waukesha, and State of Wisconsin.

8. That on June 16, 2016, the Defendant, **MAURA BIELINSKI**, owed the Plaintiff, **JOZEF TRACZYK**, a duty to exercise ordinary care while operating a motor vehicle.

9. That on June 16, 2016, the motor vehicle being operated by the Defendant, **MAURA BIELINSKI**, traveled into the northbound travel lane of Highway KF and collided with the vehicle being driven by Jaroslaw Wojciak, in which the Plaintiff, **JOZEF TRACZYK**, was a passenger.

10. That on June 16, 2016, the Defendant, **MAURA BIELINSKI**, was then and there guilty of one or more of the following negligent acts or omissions:

    a) Operated a motor vehicle without keeping a proper and sufficient lookout;

    b) Failed to stop in obedience to a stop sign; and

    c) Entered a through highway without yielding the right of way to a vehicle, which had entered the intersection or which was approaching so closely on said highway as to constitute an immediate hazard.

11. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, **MAURA BIELINSKI**, the Plaintiff, **JOZEF TRACZYK**, sustained injuries; has lost and will lose in the future financial gains which he otherwise would have made and

acquired; has been and will be kept from attending to his ordinary affairs; and has become liable for large sums of money for medical hospital care and attention.

12. The Plaintiff, **JOZEF TRACZYK**, demands trial by a jury.

**WHEREFORE**, Plaintiff, **JOZEF TRACZYK**, asks for judgment against the Defendant, **MAURA BIELINSKI**, in a sum in excess of Seventy Five Thousand Dollars ($75,000.00) exclusive of interests and costs.

Respectfully submitted,

By: _____
Jeffrey J. Tallis
Attorney for Plaintiff

Faklis & Tallis
35 E. Wacker Dr., Suite 2250
Chicago, IL 60601
(312) 368-0550
(312) 419-9876 - Fax
3128773 - ARDC - IL

3